[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 21, 2010
JOHN LEY
CLERK

_____

No. 09-12513

_____

D.C. Docket No. 99-02054-CT-30-TGW


EZELL GILBERT,

                                                            Petitioner-Appellant,

                                versus

UNITED STATES OF AMERICA,

                                                            Respondent-Appellee.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____


BEFORE: DUBINA, Chief Judge, MARTIN, and HILL, Circuit Judges.

BY THE COURT:

    Absent a stay or withholding of the mandate in the appeal to which this

Order is appended, the Clerk is directed to issue the mandate within ten (10) days

of the date of this opinion. Consistent with Eleventh Circuit Rule 41-2, the Clerk is directed to provide the active members of this court with notice of the issuance of this opinion and our direction to expedite issuance of the mandate.

SO ORDERED.